# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMY JO FRIZZO,**

      **Plaintiff,**

**v.**                                                       **Case No:  6:11-cv-1318-Orl-31TEM**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on August 9, 2011, appealing the final decision of the Commissioner of Social Security (the Commissioner) denying her application for benefits.

On August 7, 2012, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the decision of the Commissioner be reversed and the case be remanded for further proceedings. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.   The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 24, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party